# KIRKPATRICK & ASSOCIATES, LLC

## PAY ADVICE CERTIFICATE

I under stand that the Bankruptcy Code requires that I provide to Trustee and any party that makes timely request, all pay advices that I have received from any employer during the 60 days preceding the date of the filing of the petition. To be safe, I am providing 70 days of Pay Advices. Pay Advices include stubs or other documentation reflecting paychecks, bonuses, commissions, or any monetary consideration from an employer. I understand that the failure to fully comply with this requirement may result in my case being dismissed without hearing at any point during my case and I will not get a discharge.

I understand that my petition will be filed on: 8/3/2022
During the 60 days preceding the above date, I will have received pay advices from 1 employer(s) The employer(s) name(s), pay frequency, and date of the issuance of my next pay advice are:

|   | EMPLOYER | FREQUENCY | NEXT PAY DATE |
|---|---|---|---|
| A | United States Postal Service | Bi-weekly | 8/19/2022 |
| B | | | |
| C | | | |
| D | | | |

I certify that the only pay advices that I will have received during the 70 days preceding the date that my petition will be filed are listed below:

| No. | Date | Gross $ | No. | Date | Gross $ | No. | Date | Gross $ | No. | Date | Gross $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A1 | 8/5/22 | | B1 | | | C1 | | | D1 | | |
| A2 | 7/22/22 | | B2 | | | C2 | | | D2 | | |
| A3 | 7/8/22 | | B3 | | | C3 | | | D3 | | |
| A4 | 6/24/22 | | B4 | | | C4 | | | D4 | | |
| A5 | 6/10/22 | | B5 | | | C5 | | | D5 | | |
| A6 | | | B6 | | | C6 | | | D6 | | |
| A7 | | | B7 | | | C7 | | | D7 | | |
| A8 | | | B8 | | | C8 | | | D8 | | |
| A9 | | | B9 | | | C9 | | | D9 | | |
| A10 | | | B10 | | | C10 | | | D10 | | |

I certify that I understand the information provided above and the accuracy of the Pay Advice information I have provided to Kirkpatrick & Associates, LLC.

_____   08 03 22
SIGN                                DATE

_____   _____
SIGN                                DATE

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 212 | 21-6567 | S A SIMPSON | 04219941 | 12 22 | 00044154 |

### DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | YEAR-TO-DATE | LEAVE STATUS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GROSS PAY | .00 | 8221.60 | ANNUAL LEAVE(AL) CAT: 6.00 |
| | | | | | | FED TAX S0 | .00 | 173.47 | AL PRIOR YR BAL −136.79 |
| | | | | | | SITAXLAS0 | .00 | 204.91 | + AL EARNED YTD 24.00 |
| | | | | | | RETIRE E | .00 | 326.96 | + AL HOL EARNED YTD 0.00 |
| | | | | | | MEDICARE | .00 | 99.39 | − AL USED YTD 29.21 |
| | | | | | | UN W | .00 | 2123.1 | = EARNED AL BAL −142.00 |
| | | | | | | TSP03 | .00 | 2229.4 | + AL ADVANCED 100.00 |
| | | | | | | PODBI | .00 | 2243.7 | = AVAIL AL BAL −42.00 |
| | | | | | | TSPLG | .00 | 1466.4 | AL USED THIS PP 0.00 |
| | | | | | | MP104SLF | .00 | 1382.07 | SICK LEAVE(SL) CAT: 4.00 |
| | | | | | | ALOT | .00 | 1600.00 | SL PRIOR YR BAL −20.00 |
| | | | | | | SOSEC | .00 | 424.98 | + SL EARNED YTD 16.00 |
| | | | | | | | | | − SL USED YTD 0.00 |
| | | | | | | | | | = CURRENT SL BAL −4.00 |
| | | | | | | | | | SL USED THIS PP 0.00 |
| | | | | | | | | | LEAVE WITHOUT PAY(LWOP) |
| | | | | | | | | | PAY PERIOD LWOP 80.00 |
| | | | | | | | | | PP01 TO CURRENT PP 658.18 |

EARNED A/L NEGATIVE
EARNED S/L NEGATIVE

NET PAY .00   NT BK

USPS RETIREMENT
5240.84

06-10-2022
00044154

MANAGER P&DC
ATTN: SR PLANT MANAGER
701 LOYOLA AVE RM T2003
NEW ORLEANS LA 70113-9705

SAVANNAH A SIMPSON
108 VALENTINE DR
AVONDALE LA 70094-2745

| 212 | 21-6567 | S A SIMPSON | | | | | 04219941 | 13 22 | 00046477 |
|---|---|---|---|---|---|---|---|---|---|
| PAYLOC | FINANCE NO. | | | | EMPLOYEE NAME | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
| DETAIL EARNINGS | | | | | | | GROSS TO NET | | LEAVE STATUS |
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE(AL)CAT: 6.0 |
| | | | | | | | GROSS PAY .00 | 822160 | AL PRIOR YR BAL — 13679 |
| | | | | | | | FED TAX S0 .00 | 173 47 | + AL EARNED YTD 2400 |
| | | | | | | | ST TAX LAS0 .00 | 204 91 | + AL HOL EARNED YTD 0 00 |
| | | | | | | | RETIRE E .00 | 326 96 | − AL USED YTD 2921 |
| | | | | | | | MEDICARE .00 | 9939 | = EARNED AL BAL — 14200 |
| | | | | | | | UN W .00 | 21231 | + AL ADVANCED 9400 |
| | | | | | | | TSP03 .00 | 22294 | = AVAIL AL BAL — 4800 |
| | | | | | | | PODBI .00 | 22437 | AL USED THIS PP 0 00 |
| | | | | | | | TSPLG .00 | 14664 | SICK LEAVE(SL) CAT: 4.0 |
| | | | | | | | HP104SLF .00 | 138207 | SL PRIOR YR BAL — 2000 |
| | | | | | | | ALOT .00 | 160000 | + SL EARNED YTD 1600 |
| | | | | | | | HT104SLF .00 | 6 3735 | − SL USED YTD 0 00 |
| | | | | | | | SOSEC .00 | 42498 | = CURRENT SL BAL — 400 |
| | | | | | | | | | SL USED THIS PP 0 00 |
| | | | | | | | | | LEAVE WITHOUT PAY(LWOP) |
| | | | | | | | | | PAY PERIOD LWOP 8000 |
| | | | | | | | | | PP01 TO CURRENT PP 73818 |
| CONTRACTUAL INCREASE | | | | | | | | | USPS RETIREMENT |
| EARNED S/L NEGATIVE | | | | NET PAY | | .00 | | NT BK | 5240.84 |

06-24-2022
00046477

MANAGER P&DC
ATTN: SR PLANT MANAGER
701 LOYOLA AVE RM T2003
NEW ORLEANS LA 70113-9705

SAVANNAH A SIMPSON

| 212 | 21-6567 | S A SIMPSON | | | | | 0421994 | 19 22 | 00047321 |
|---|---|---|---|---|---|---|---|---|---|
| PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |

PS FORM 1223-S, JUNE 1985 — EARNINGS STATEMENT

| DETAIL EARNINGS | | | | | | GROSS TO NET | | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | YEAR-TO-DATE | |
| | | | | | | | GROSS PAY .00 | 822160 | ANNUAL LEAVE(AL) CAT: 6.0 |
| | | | | | | | FED TAX S9 .00 | 17347 | AL PRIOR YR BAL  -1367.9 |
| | | | | | | | STTAX LAS0 .00 | 20491 | + AL EARNED YTD   240.0 |
| | | | | | | | RETIRE E .00 | 32696 | + AL HOL EARNED YTD  0.0 |
| | | | | | | | MEDICARE .00 | 9939 | - AL USED YTD    292.1 |
| | | | | | | | UN W .00 | 21231 | = EARNED AL BAL  -1420.0 |
| | | | | | | | TSP03 .00 | 22294 | + AL ADVANCED    880.0 |
| | | | | | | | PUDBT .00 | 22437 | = AVAIL AL BAL   -540.0 |
| | | | | | | | TSPLG .00 | 14664 | AL USED THIS PP   0.0 |
| | | | | | | | HP104SLF .00 | 138207 | SICK LEAVE(SL) CAT: 4.00 |
| | | | | | | | ALOT .00 | 160000 | SL PRIOR YR BAL  -200.0 |
| | | | | | | | HT104SLF .00 | 63735 | + SL EARNED YTD   16.00 |
| | | | | | | | SOSEC .00 | 42498 | - SL USED YTD    -4.00 |
| | | | | | | | | | = CURRENT SL BAL   0.0 |
| | | | | | | | | | SL USED THIS PP |
| | | | | | | | | | LEAVE WITHOUT PAY(LWOP) |
| | | | | | | | NET PAY .00 | NT BK | PAY PERIOD LWOP   80.00 |
| | | | | | | | | | PP01 TO CURRENT PP 818.18 |
| EARNED A/L NEGATIVE | | | | | | | | | USPS RETIREMENT |
| EARNED S/L NEGATIVE | | | | | | | | | 5240.84 |

07-08-2022
00047321

MANAGER P&DC
ATTN: SR PLANT MANAGER
701 LOYOLA AVE RM T2003
NEW ORLEANS LA 70113-9705

SAVANNAH A SIMPSON

| 212 21-6567 | S A SIMPSON | | 04219941 | 15 22 | 00103111 |
|---|---|---|---|---|---|
| PAYLOC FINANCE NO. | | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |

| DETAIL EARNINGS | | | | | | GROSS TO NET | | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE(AL) CAT: 6.0 |
| | | | | | | GROSS PAY | .00 | 8221.60 | AL PRIOR YR BAL −136.79 |
| | | | | | | FED TAX S0 | .00 | 1734.7 | + AL EARNED YTD 24.00 |
| | | | | | | ST TAX LAS0 | .00 | 204.91 | + AL HOL EARNED YTD 0.00 |
| | | | | | | RETIRE E | .00 | 326.96 | − AL USED YTD 29.21 |
| | | | | | | MEDICARE | .00 | 99.39 | = EARNED AL BAL −142.00 |
| | | | | | | UN M | .00 | 212.31 | + AL ADVANCED 82.00 |
| | | | | | | TSP03 | .00 | 222.94 | = AVAIL AL BAL −60.00 |
| | | | | | | PODBT | .00 | 224.37 | AL USED THIS PP 0.00 |
| | | | | | | TSPLG | .00 | 1466.4 | SICK LEAVE(SL) CAT: 4.0 |
| | | | | | | ALOT | .00 | 16000.00 | SL PRIOR YR BAL −20.00 |
| | | | | | | HP104SLF | .00 | 1382.07 | + SL EARNED YTD 16.00 |
| | | | | | | HT104SLF | .00 | 892.29 | − SL USED YTD 0.00 |
| | | | | | | SOSEC | .00 | 424.98 | = CURRENT SL BAL −4.00 |
| | | | | | | | | | SL USED THIS PP 0.00 |
| | | | | | | | | | LEAVE WITHOUT PAY(LWOP) |
| | | | | | | | | | PAY PERIOD LWOP 80.00 |
| | | | | | | | | | PP01 TO CURRENT PP 898.18 |

UPDT YTD BAL A/R ESTAB
EARNED S/L NEGATIVE       NET PAY  .00  NT BK            5240.84

PS FORM 1223-B, JUNE 1985               EARNINGS STATEMENT

07-22-2022
00103111

MANAGER P&DC
ATTN: SR PLANT MANAGER
701 LOYOLA AVE RM T2003
NEW ORLEANS LA 70113-9705

SAVANNAH A SIMPSON
108 VALENTINE DR
AVONDALE LA 70094-2745

  



**Employee:**
SAVANNAH A SIMPSON

**Employee ID:**
04219941

**Finance Number:**
21-6567

**Pay Location:**
212

**Pay Period:**
16-2022

**Pay Date:**
08/05/22

**Inclusive Dates:**
07/16/22 - 07/29/22

# Net Pay:



$.00

Paid Hours

Leave & Retirement Information

Additional Pay & Other Compensation

Deductions