# United States Bankruptcy Court

Eastern District of Louisiana

SAVANNAH ASHLEY SIMPSON
108 VALENTINE DRIVE
AVONDALE LA  70094

**22-10888**
Chapter 13
Section A

## TRUSTEE'S OBJECTION TO CONFIRMATION

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who respectfully recommends that the Court deny confirmation of this case for the following reason or reasons:

1) NEED PROOF DEBTOR BACK AT WORK

The hearing on confirmation is set for October 26, 2022 at 11:00 a.m..

Attorney for debtor:

TIMOTHY P KIRKPATRICK
kirkpatrick@kirkpatrick-law.com

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

---

CERTIFICATE OF SERVICE

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by email and/or first class mail upon the debtor, at the addresses listed herein.

09/28/2022         by: /s/ Melissa Frilot