IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF:

SAVANNAH ASHLEY SIMPSON

DEBTOR

CASE NO 22-10888
SECTION A

CHAPTER 13

### NOTICE OF PRE-CONFIRMATION AMENDMENT

Notice is hereby given that Savannah Ashley Simpson (hereinafter referred to as "Debtor") through undersigned counsel, submits to the Court the attached schedules and amended plan in order to effect the following changes:

1. Schedule J is being amended to reflect modified expenses;
2. The Chapter 13 plan is being amended to reflect the correct amount to be paid to secured and priority creditors based on claims filed and to bring the plan current (Debtor will pay $600.00 prior to confirmation). The plan payment was modified to $300.00 in months 1-2 and will then increase to $533.46 per month beginning in month 3 (November) while the term of the plan remains at 60 months and the payout to unsecured creditors remains at $0.00.
3. This amendment does not constitute a material change.

Date 10-19-22

Debtor Savannah Ashley Simpson

Timothy P. Kirkpatrick, 20251/
Mark Needham, 9914
Kirkpatrick and Associates, LLC
3501 N. Causeway Blvd., Ste# 750
Metairie, LA 70002
504-828-3311